IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 02-00177G |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| KATONI JOHANSSON (06), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, THOMAS C. MUEHLECK, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt of all of the Government exhibits admitted in evidence at trial (Exhibit List attached).

DATED:   Honolulu, Hawaii,   8/30/06   .

_____
Signature

Attorney for: UNITED STATES OF AMERICA